# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JONAVON PAIGE**                                                    **PLAINTIFF**
**ADC #552440**

v.                                    **No. 4:26-cv-64-DPM**

**SHANEQUA YOUNG, Worker, Secret
Service**                                                            **DEFENDANT**

## ORDER

1.      Motion to proceed *in forma pauperis*, *Doc. 1*, granted. The Court assesses an initial partial filing fee of $41. Paige's custodian must collect monthly payments from his prison trust account each time the amount in the account exceeds $10. These payments will be equal to twenty percent of the preceding month's income credited to the account; and they will be collected and forwarded to the Clerk of the Court until the $350 filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments forwarded on Paige's behalf must be clearly identified by the case name and number.

2.      The Court directs the Clerk to send a copy of this Order to three addresses:

- the Warden of the Pine Bluff Unit of the Arkansas Division of Correction, 890 Free Line Drive, Pine Bluff, Arkansas 71603-1498;

- the Arkansas Division of Correction Trust Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, Arkansas 71611; and

- the Arkansas Division of Correction Compliance Office, P.O. Box 20550, White Hall, Arkansas 71612.

3.      The Court must screen Paige's § 1983 complaint, *Doc. 2.* 28 U.S.C. § 1915(e).  Paige says that the Secret Service, using high-power technology, has followed him for the last two years of his incarceration. He says the technology has been used to sexually harass and assault him.  Paige's allegations fail to state a claim and are dismissed without prejudice.  *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992);  28 U.S.C. § 1915(e)(2)(B).  Strike recommended.  28 U.S.C. § 1915(g).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge


_____
10 February 2026

-2-