# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JONAVON PAIGE                                                    PLAINTIFF
ADC #552440

v.                          No. 4:26-cv-64-DPM

SHANEQUA YOUNG, Worker, Secret
Service                                                          DEFENDANT

## JUDGMENT

Paige's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 February 2026